**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER: |
|---|---|
| Carmen John Perri,<br><br>v.  Plaintiff(s) | 2:19-cv-07593-AB (FFMx) |
| Anant Koomthong et al.,<br><br>Defendant(s) | **NOTICE OF<br>MEDIATION DATE** |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for  December 17, 2019   at  11:00   ☑ a.m. / ☐ p.m.

**LOCATION:**  U. S. District Courthouse, 350 W. 1st Street, ADR Office, Los Angeles, CA 90012.

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** November 12, 2019

**Panel Mediator:** Lee L. Blackman
**Address:** 9750 E Spring Hill Place
Tucson, AZ 85749
LLB@BLACKMANADR.COM
**Phone:** 310-346-6926