JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Carmen John Perri,

Plaintiff,

 v.

Anant Kommthong et al.,

Defendants.

Case No. 2:19-cv-07593-AB-FFM

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 16, 2019 _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE